HENRY B. La TORRACA (Bar No. 71607)
Law Office of Henry B. La Torraca
400 Oceangate, Suite 700
Long Beach, California  90802-4306
Telephone:   (562) 216-2942
Facsimile:   (562) 216-2943
Email:          henryb@latorraca.com

Attorneys for Plaintiff United States for the
use of California Air Conditioning Systems, Inc.
and California Air Conditioning Systems, Inc. and

Third-Party Defendant-in-Intervention

California Air Conditioning Systems, Inc.

JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES FOR USE OF CALIFORNIA AIR CONDITIONING SYSTEMS, INC. and CALIFORNIA AIR CONDITIONING SYSTEMS, INC.**<br><br>Plaintiffs<br><br>vs.<br><br>**THE HARTFORD FIRE INSURANCE COMPANY;** and<br><br>**DOES 1-100**, inclusive<br><br>Defendants. | Case No.  2:13-cv-05393-BRO-E<br><br>Hon. Beverly Reid O'Connell<br><br>Courtroom:  14<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| **M.G. MAKO, INC., a California corporation,**<br><br>Third Party Plaintiff In<br><br>Intervention,<br><br>vs. | |

LAW OFFICE OF HENRY B. LA TORRACA
400 Oceangate, Suite 700
Long Beach, CA 90802-4306
(562) 216-2942

ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

**LAW OFFICE OF HENRY B. LA TORRACA**
400 Oceangate, Suite 700
Long Beach, CA 90802-4306
(562) 216-2942

1 | **CALIFORNIA AIR CONDITIONING**

2 | **SYSTEMS, INC.,**

3 | Third Party Defendant

4

5 | On reading the Stipulation for Dismissal of Action with Prejudice and good

6 | cause appearing therefor,

7 | **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

8 | 1. Plaintiffs United States for the use of California Air Conditioning

9 | Systems, Inc. and California Air Conditioning Systems, Inc. agree to dismiss their

10 | Complaint herein against Hartford Fire Insurance Company with prejudice, each

11 | party to bear its own costs and attorney's fees.

12 | 2. Plaintiff-in-Intervention M.G. Mako, Inc agrees to dismiss its

13 | Complaint-in-Intervention herein against California Air Conditioning Systems, Inc.

14 | with prejudice, each party to bear its own costs and attorney's fees.

15 | 3. This entire action is dismissed with prejudice, each party to bear its

16 | own attorney's fees and costs.

17 | **IT IS SO ORDERED**

18

19 | Date: February 6, 2014    _____

20 | BEVERLY REID O'CONNELL

21 | UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

27. CA AIR CONDITIONING- proposed order.DOC    2

**ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**